# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CARLOS LEANDRO DÍAZ FUENMAYOR, A#245-657-133 | § § § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-0341-S-BT |
| | § | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, Petitioner's 28 U.S.C. § 2241 petition will be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

SIGNED March 10, 2026.

_____
**UNITED STATES DISTRICT JUDGE**