# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

CARLOS LEANDRO DÍAZ  
FUENMAYOR, A#245-657-133  

v.  

U.S. IMMIGRATION AND  
CUSTOMS ENFORCEMENT (ICE)  

§
§
§
§
§
§
§
§

CIVIL ACTION NO. 3:26-CV-0341-S-BT

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that Petitioner's claims are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties and their counsel.

**SO ORDERED.**

SIGNED March 10, 2026.

_____  
**UNITED STATES DISTRICT JUDGE**